UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **BEJA PARKS,** | § § § § § | **Civil Action No. 4:16-cv-00483-O** |
| Plaintiff, | | |
| v. | § § § | |
| **SOUTHWEST RECOVERY SERVICES, INC.,** | § § § § | |
| Defendant. | | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: February 17, 2017              BY: */s/ Amy L. Bennecoff Ginsburg*
                                       Amy L. Bennecoff, Esquire
                                       Kimmel & Silverman, P.C.
                                       30 E. Butler Avenue
                                       Ambler, PA 19002
                                       Phone: (215) 540-8888
                                       Facsimile: (877) 788-2864
                                       Email: abennecoff@creditlaw.com
                                       Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of February, 2017, a true and correct copy of the foregoing pleading was served via ECF to the below:

Barata Roy Hollis, Esq.
HBH Law Offices PLLC
6988 Lebanon Road
Suite 103
Frisco, TX 75034
Phone: 972-346-8076
972-499-1390 (fax)
Email: bibi@hbhattorneys.com

Dated: <u>February 17, 2017</u>         BY: <u>*/s/ Amy L. Bennecoff Ginsburg*</u>
                                                          Amy L. Bennecoff Ginsburg, Esquire
                                                          Kimmel & Silverman, P.C.
                                                          30 E. Butler Avenue
                                                          Ambler, PA 19002
                                                          Phone: (215) 540-8888
                                                          Facsimile: (877) 788-2864
                                                          Email: abennecoff@creditlaw.com
                                                          Attorney for the Plaintiff