IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **BEJA PARKS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:16-cv-00483-O |
| § | |
| **SOUTHWEST RECOVERY** § | |
| **SERVICES, INC.,** § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is Plaintiff's Motion to Compel Defendant to Respond to Plaintiff's Written Discovery Requests and for Sanctions (ECF No. 14) and Brief in Support (ECF No. 15), both filed February 6, 2017. United States District Judge Reed O'Connor referred this Motion to the undersigned for hearing, if necessary, and determination or recommendation by Order entered on February 7, 2017. ECF No. 16.

In light of the Notice of Settlement (ECF No. 22) filed by Plaintiff on February 17, 2017, the hearing set today at 10:00 a.m. on Plaintiff's Motion to Compel Discovery (ECF No. 14) is hereby **CANCELLED**.

It is so **ORDERED** on February 21, 2017.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE