IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BEJA PARKS, | § | |
| Plaintiff, | § § § § | |
| v. | § | Civil Action No. 4:16-cv-483-O |
| SOUTHWEST RECOVERY SERVICES, INC., | § § § § | |
| Defendant. | § § | |

### ORDER

The parties notified the Court that this case has settled. ECF No. 22. The parties are therefore directed to file the appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or an agreed motion with corresponding proposed order—with the Clerk's Office **on or before April 21, 2017.** If further proceedings become necessary or desirable, the parties should immediately file a joint status report with the Court. If the parties do not file the appropriate dismissal papers or a joint status report on or before April 21, 2017, this case will be dismissed with prejudice. All deadlines are stayed until further ordered by the Court.

**SO ORDERED** on this **22nd day** of **February, 2017**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1