IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **BEJA PARKS,** § | |
| § | |
| **Plaintiff,** § | Civil Action No.: 4:16-cv-00483-O |
| § | |
| v. § | |
| § | |
| **SOUTHWEST RECOVERY SERVICES,** § | |
| **INC.** § | |
| § | |
| § | |
| **Defendant.** § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT

Pending before the Court is Plaintiff's Motion to Enforce Settlement and for Sanctions. After review of the Motion, and any opposition thereto, the Court concludes that the Motion is **GRANTED**.

Defendant shall make full payment of the settlement funds as per the parties' settlement agreement within ten (10) days of the date of this Order.

The Defendant shall also pay Plaintiff the additional sum of $636.00 in attorney's fees for the preparation of this Motion within ten (10) days of the date of this Order.

**IT IS SO ORDERED**.

Date: _____          _____
                                     Honorable Reed C. O'Connor
                                     United States District Judge