IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **BEJA PARKS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:16-cv-00483-O |
| § | |
| **SOUTHWEST RECOVERY** § | |
| **SERVICES, INC.,** § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court are Plaintiff's Sealed Motion to Seal Exhibit A to Motion to Enforce (ECF No. 26) and Plaintiff's Motion to Enforce Settlement and for Sanctions (ECF No. 27), both filed on May 3, 2017, and Plaintiff's Motion to Seal Exhibits E and F to Motion to Enforce (ECF No. 29), filed on May 5, 2017.

The Court finds that expedited briefing is necessary to address these Motions in a timely fashion. *See* L.R. 7.1. It is, therefore, **ORDERED** that Defendant file any Responses to the Motions on or before **May 19, 2017**. It is further **ORDERED** that Plaintiff file any Replies to the Responses before **5:00 pm, May 23, 2017**.

It is so **ORDERED** on May 12, 2017.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE