IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DEJA PARKS, § | |
| § | |
| Plaintiff, § | Civil Action No. 4:16-cv-00483-O |
| § | |
| v. § | |
| § | |
| SOUTHWEST RECOVERY SERVICES, § | |
| INC. § | |
| § | |
| Defendant. § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/* Barata Roy Hollis | */s/ Amy L. Bennecoff Ginsburg* |
| Barata Roy Hollis, Esq. | Amy L. Bennecoff Ginsburg |
| HBH Law Offices PLLC | Kimmel & Silverman, P.C. |
| 6988 Lebanon Road | 30 East Butler Pike |
| Suite 103 | Ambler, PA 19002 |
| Frisco, TX 75034 | Phone: (215) 540-8888 |
| 972-346-8076 | Fax: (877) 788-2864 |
| Fax: 972-499-1390 | Email: aginsburg@creditlaw.com |
| Email: bibi@hbhattorneys.com | Attorney for the Plaintiff |
| Attorney for the Defendant | |
| | |
| Date: June 16, 2017 | Date: June 16, 2017 |

BY THE COURT:

_____
J.

**Certificate of Service**

  I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 16th day of June, 2017:

Barata Roy Hollis, Esq.
HBH Law Offices PLLC
6988 Lebanon Road
Suite 103
Frisco, TX 75034
972-346-8076
Fax: 972-499-1390
Email: bibi@hbhattorneys.com

                */s/ Amy L. Bennecoff Ginsburg*
                Amy L. Bennecoff Ginsburg
                Kimmel & Silverman, P.C.
                30 East Butler Pike
                Ambler, PA 19002
                Phone: (215) 540-8888
                Fax: (877) 788-2864
                Email: aginsburg@creditlaw.com
                Attorney for the Plaintiff